No. 49979.—Protests 936086–G, etc., of F. Blumenthal & Co. (New York).

Opinion by TILSON, J.   The record showed that certain items consisted of hats similar in all material respects to those the subject of Abstracts 46497 and 47291, which records were admitted in evidence herein.   In accordance therewith the

items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.